UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL SRL, MARK ANTHONY BRANDS INTERNATIONAL UNLIMITED COMPANY, and MAS+ NEXT GENERATION BEVERAGE CO., <br><br>                              Plaintiffs, <br><br> -v- <br><br> PRIME HYDRATION, LLC, <br><br>                              Defendant. | 24 Civ. 7620 (PAE) <br><br> ORDER |
| PRIME HYDRATION, LLC, <br><br>                              Counterclaimant and Crossclaimant, <br><br> -v- <br><br> MARK ANTHONY INTERNATIONAL SRL, MARK ANTHONY BRANDS INTERNATIONAL UNLIMITED COMPANY, and MAS+ NEXT GENERATION BEVERAGE CO., <br><br>                              Counterclaim Defendants, <br><br> LIONEL MESSI, <br><br>                              Crossclaim Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On November 20, 2024, the Court scheduled an initial pretrial conference in this matter for January 8, 2025 at 10:00 a.m. Dkt. 20. Due to an unavoidable conflict, the Court adjourns that telephonic conference to **January 13, 2025 at 2:00 p.m.** The parties should call into the

Court's dedicated conference line at (855) 244-8681, and enter access code 2318-315-0661, followed by the pound(#) key.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 6, 2025
       New York, New York