David H. Bernstein (dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Shannon Selden (srselden@debevoise.com)
Megan K. Bannigan (mkbannigan@debevoise.com)
Timothy Cuffman (tcuffman@debevoise.com)
Jacob Hochberger (jhochberger@debevoise.com)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL SRL, MARK ANTHONY BRANDS INTERNATIONAL UNLIMITED COMPANY, and MAS+ NEXT GENERATION BEVERAGE CO., <br><br> Plaintiffs / Counterclaim Defendants <br><br> v. <br><br> PRIME HYDRATION, LLC, <br><br> Defendant / Counterclaim Plaintiff. | Case No. 24-cv-07620 |
| PRIME HYDRATION, LLC, <br> Crossclaim Plaintiff, <br><br> v. <br><br> LIONEL MESSI, <br> Crossclaim Defendant. | |

## DECLARACIÓN DE LIONEL MESSI

Yo, Lionel Andrés Messi Cuccittini, declaro lo siguiente:

1.    Soy un jugador de fútbol profesional del equipo Inter Miami CF de la Major

League Soccer ("Inter Miami") y un miembro de la selección nacional de la Asociación del

Fútbol Argentino.

2.      Hago esta declaración basada en mi conocimiento personal, en apoyo de la carta

previa a la moción en la que se solicita una orden de protección que impida mi declaración

testimonial.

### Antecedentes deportivos

3.      Nací en Rosario, Argentina, y he jugado al fútbol desde que era un niño pequeño.

Comencé a jugar al fútbol en Newell's Old Boys cuando tenía siete años.  Me mudé a Barcelona

para unirme al Fútbol Club Barcelona ("FC Barcelona") en 2001, y jugué para el equipo juvenil

y después el primer equipo del FC Barcelona en La Liga en España hasta 2021.  En 2021, me uní

al Paris Saint-Germain, el cual juega en la Ligue 1 de Francia, donde jugué hasta 2023.  En 2023,

me uní al Inter Miami, donde actualmente juego.  Actualmente, juego también para la selección

nacional argentina, como lo he hecho desde 2005.

4.      A lo largo de mi carrera, he ganado el Balón de Oro, el premio anual otorgado al

mejor jugador de fútbol del mundo, ocho veces.  Esto es tres veces más que el siguiente jugador

más premiado de la historia.

5.      He llevado a mis equipos de club y a la selección nacional argentina al éxito en

los niveles más altos, lo que incluye diez títulos de La Liga (la liga española de mayor nivel),

siete títulos de la Copa del Rey (el torneo nacional de clubes españoles), cuatro títulos de la

UEFA Champions League (el torneo de clubes del continente europeo), dos títulos de la Copa

América (el torneo nacional de selecciones sudamericanas), incluido el más reciente en julio de

2024, y un título de la Copa del Mundo en 2022.

### Mis actividades comerciales en general

6.      Fuera de la cancha, las compañías que manejan mi imagen han firmado acuerdos

de patrocinio con muchas compañías en una variedad de industrias, incluidas Adidas, PepsiCo,

Bitget, Mastercard, Hard Rock International, Apple TV, Stanley y Royal Caribbean, entre otras. Actualmente tengo con estas compañías diversos acuerdos activos de patrocinio.

7.    Las compañías que manejan mi imagen están autorizadas por mí a comprometerse con cada una de estas asociaciones de marca y contribuyo a ellas a través de diversas acciones. Sin embargo, los muchos compromisos en la cancha de fútbol para Inter Miami y la selección nacional de Argentina (los que incluyen entrenamientos, rehabilitaciones, viajes, partidos y eventos de equipo) me imposibilitan gestionar personalmente mis actividades comerciales fuera de la cancha. En consecuencia, mis asuntos comerciales son administrados por mis asesores, agentes y abogados, no por mí personalmente. Este equipo directivo, entre otras cosas, gestiona mis comunicaciones con los socios comerciales y patrocinadores, se reúne con ellos y toma decisiones con respecto a todos estos asuntos. Yo soy un jugador profesional de futbol mientras que este equipo, algunos empleados de las compañías que gestionan mi imagen y otros expertos independientes son los responsables de la gestión de relaciones comerciales, oportunidades comerciales, contratación y marketing. Confío plenamente en su criterio.

8.    Pablo Negre Abelló ("Negre") es uno de los miembros más importantes del equipo directivo. El Sr. Negre se desempeña como representante comercial y de marketing, y es responsable de coordinar y gestionar las relaciones con la mayoría de los socios comerciales asociados con mi imagen. Él actúa como punto de conexión entre mí, mis entidades comerciales (incluidas LMGM SLU y Bolvir LLC), mis otros asesores, mis socios comerciales y cualquier otra persona que desee trabajar conmigo o usar mi nombre, imagen o similar. Entre otras actividades, el Sr. Negre gestiona el día a día de la gestión de los acuerdos de patrocinio y otros compromisos comerciales relacionados con mi imagen, coordina mi agenda con respecto a mis

3

presentaciones y otros eventos relacionados con este negocio, y garantiza que estas relaciones

comerciales funcionen como se espera.

9.      Otro miembro clave del equipo  es Montserrat Trapé ("Trapé"), abogada y

asesora, quien gestiona los aspectos contractuales, incluidos los fiscales de mis asuntos

comerciales, lo que incluye las recomendaciones sobre las oportunidades, la coordinación de

negociaciones de los acuerdos de patrocinio, monitoriza el cumplimiento de dichos acuerdos y se

ocupa de cualquier problema que surja en mis relaciones comerciales.

### Mi participación con MÁS+ BY MESSI

10.     A lo largo de mis décadas como futbolista, aprendí la importancia de la

hidratación para mi rendimiento deportivo, pero me costaba encontrar una bebida deportiva que

tuviera la combinación correcta de elementos hidratantes y sabor.  .

11.     En otoño de 2023, varias personas asociadas a Mark Anthony (incluido Scott

Walton) nos hicieron una presentación a mí y a mi equipo directivo (incluido el Sr. Negre) sobre

la historia, los productos, las capacidades y la visión de Mark Anthony para una posible bebida

hidratante.  La presentación me encantó y me atrajo la idea  de ser parte de una marca de bebidas

que fuera la mejor para uno, que tuviera buen sabor e ingredientes de alta calidad que se

adaptaran a las necesidades tanto dentro como fuera de la cancha y que todos la pudieran

disfrutar, sin importar su talento deportivo. En aquella reunión, Mark Anthony no presentó

ninguna idea sobre el nombre o el aspecto del producto.

12.     Teníamos que elegir principalmente entre dos posibles socios comerciales.  El

equipo directivo de las compañías que gestionan mi imagen y yo mismo también nos reunimos

con otra compañía para poder comparar presentaciones, y la presentación de Mark Anthony nos

pareció a todos ser la mejor opción.

4

13.     A fines de 2023, viajé a la planta de producción de Mark Anthony junto con, entre otras personas, el Sr. Negre, para probar los sabores que Mark Anthony había desarrollado para el producto, para conocer el concepto de la marca y ver una presentación sobre el producto propuesto.  Esa fue la primera vez que vi el diseño del empaque propuesto para MÁS+ BY MESSI.  Cuando vi mi nombre en el envase del producto por primera vez, me sentí muy especial.  Expresé que me había gustado la propuesta de Mark Anthony.

14.     Por ello, decidimos junto con el equipo tratar de alcanzar un acuerdo con Mark Anthony porque preferimos su propuesta frente a la otra que nos presentaron. Confiábamos en Mark Anthony para crear una bebida hidratante que fuera mejor que otras presentes en el mercado, que tuviera un excelente sabor y ingredientes de alta calidad, y que pudiera llevar la marca al mercado internacional con éxito. Diversos miembros del equipo directivo, en especial la Sra. Trapé, empezaron a negociar los términos de un acuerdo con Mark Anthony con respecto a MÁS+ BY MESSI a principios de 2024.  Yo confío en mis asesores, incluidos el Sr. Negre y la Sra. Trapé, para negociar y administrar mis acuerdos, por lo que son ellos los que conocen todos los términos específicos del acuerdo.

15.     Entiendo que el equipo directivo mantuvo conversaciones con Mark Anthony sobre el negocio MÁS+ BY MESSI durante la primavera de 2024.  Dado que todos ellos dirigen y conocen mis objetivos comerciales, son ellos los que dan su opinión con respecto al uso de mi nombre, imagen y apariencia a Mark Anthony.  Por lo que me trasladaron, el Sr. Negre y, a veces, la Sra. Trapé han asistido a estas reuniones.

16.     A fines de la primavera de 2024, se organizó una sesión de fotos y grabé una entrevista sobre el producto MÁS+ BY MESSI.  El Sr. Negre estuvo presente en esta sesión y entrevista.

17.    El Sr. Negre estuvo presente en todas las reuniones que he tenido con respecto al producto MÁS+ BY MESSI, además de la sesión de fotos del producto.  Entiendo que, a cualquier otra reunión de negocios con Mark Anthony sobre el producto, asiste alguien del equipo, como el Sr. Negre y la Sra. Trapé.

18.    Las comunicaciones con respecto a las decisiones sobre el producto MÁS+ BY MESSI son gestionadas por los miembros del equipo directivo, incluidos el Sr. Negre y la Sra. Trapé.

19.    Entiendo que Mark Anthony diseñó el empaque para MÁS+ BY MESSI antes de nuestra reunión a fines de 2023 y continuó perfeccionando el diseño durante la primavera de 2024, con aportes de mi equipo exclusivamente sobre el uso de mi nombre e imagen.  Yo no participé en la creación ni en el diseño del aspecto estético de la botella o de la etiqueta, y no tengo conocimiento de los detalles específicos de ese proceso de diseño.

20.    El enfoque del equipo directivo en términos de revisión y aprobación se centra en el uso de mi nombre e imagen en el producto y en los materiales de marketing y publicidad, no en el diseño estético general del producto MÁS+ BY MESSI.  Entiendo que el equipo, incluido el Sr. Negre, maneja las autorizaciones de los usos que muestran mi nombre e imagen.

21.    No estoy familiarizado con las bebidas hidratantes Prime Hydration o PRIME, y no conocía el aspecto del envase de las bebidas hidratantes PRIME hasta que me enteré de las objeciones de Prime Hydration respecto del aspecto del producto MÁS+ BY MESSI.  Me sorprendió que me nombraran como parte en este caso porque ni yo ni el equipo diseñamos o contribuimos de manera alguna a diseñar el aspecto visual de los productos MÁS+ BY MESSI y porque yo no tenía conocimiento de los hechos que sustentaban las acusaciones de Prime Hydration.

22.      Espero que el Sr. Negre o la Sra. Trapé también sepan de mi limitado conocimiento sobre el producto MÁS+ BY MESSI, porque entiendo que ellos se comunican directamente con Mark Anthony, y yo no he asistido a ninguna reunión de negocios sobre el asunto MÁS+ BY MESSI en la que el Sr. Negre no haya estado presente también.

**Mi participación en una declaración testimonial me representaría una carga significativa**

23.      Entiendo que Prime Hydration desea tomar mi declaración el 28 de julio de 2025. Una declaración representaría una carga significativa para mí por varias razones.

24.      Tengo numerosas obligaciones profesionales que me impiden dedicar tiempo a prepararme o sentarme para una declaración.  Actualmente estoy a mitad de la temporada regular de la MLS y tengo partidos del Inter Miami programados en las siguientes fechas:

        a.   12 de julio de 2025

        b.   16 de julio de 2025

        c.   19 de julio de 2025

        d.   26 de julio de 2025

        e.   30 de julio de 2025

        f.   2 de agosto de 2025

        g.   6 de agosto de 2025

        h.   10 de agosto de 2025

        i.   16 de agosto de 2025

        j.   23 de agosto de 2025

        k.   30 de agosto de 2025

        l.   13 de septiembre de 2025

        m.   16 de septiembre de 2025

   n. 20 de septiembre de 2025

   o. 24 de septiembre de 2025

   p. 27 de septiembre de 2025

   q. 4 de octubre de 2025

   r. 18 de octubre de 2025

25. Si el Inter Miami califica para las eliminatorias de la Copa MLS, tendré partidos hasta diciembre de 2025.

26. En los días en que el Inter Miami no tiene un partido programado, tengo entrenamiento, rehabilitación y ejercicios físicos, y eventos de equipo.  Tengo la obligación de asistir a cada una de estas actividades y no se me permite abandonar el equipo durante ningún período prolongado hasta que finalice la temporada.  Para la fecha en que Prime programó mi declaración y en las fechas cercanas del 27 al 29 de julio de 2025, tengo obligaciones con el Inter Miami. Someterme a una declaración el 28 de julio de 2025 me perjudicaría a mí y a mi equipo porque significaría que perdería importante tiempo de práctica, rehabilitación y otras actividades del equipo.

27. También tengo los partidos de clasificación de la Copa del Mundo en el extranjero con la selección nacional de Argentina programados para el 9 y el 14 de septiembre de 2025.  Cuando una selección nacional como la de Argentina tiene partidos, los jugadores generalmente viajan desde sus clubes para unirse a su selección nacional para la concentración mucho antes de los partidos.  En vista de esto, planeo irme del Inter Miami después de nuestro partido del 30 de agosto y viajar para unirme a mis compañeros de equipo de Argentina hasta el 14 de septiembre, después de lo cual planeo regresar al Inter Miami antes de nuestro partido del 16 de septiembre de 2025.

28.      Debido a mi apretada agenda futbolística, los socios comerciales que requieren mi asistencia a eventos de marketing o promocionales ya han reservado mi agenda hasta el final de la temporada de la MLS en diciembre.

29.      Soy hablante nativo de español.  Me crie en Argentina y España, e incluso cuando jugaba en Francia y ahora en los Estados Unidos, hablo español.  Durante una declaración jurada, hablaría a través de un traductor tanto para la declaración en sí como para prepararme para la declaración con mis abogados.

30.      El tiempo que tomaría sentarme para la declaración y prepararme para la declaración obstaculizaría significativamente mi capacidad de cumplir con mis obligaciones profesionales con mis equipos y socios.

Declaro bajo pena de perjurio que lo anterior es cierto y correcto.  Firmado el 11 de julio de 2025 en Fort Lauderdale, Florida.

_____
Lionel Messi



STATE OF NEW YORK
CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATION

I, Jacqueline Yorke, as an employee of TransPerfect Translations, Inc., do hereby certify, to the best of my knowledge and belief, that the provided English into Spanish (AR) translation(s) of the source document(s) listed below are true and accurate:

▪ The Declaration of Lionel Messi in Support of the Motion for a Protective Order

TransPerfect Translations, Inc., a translation organization with over 90 offices on six continents, is a leader in professional translations. TransPerfect Translations, Inc. has over twenty years experience translating into the above language pair, its work being accepted by business organizations, governmental authorities and courts throughout the United States and internationally.

TransPerfect Translations, Inc. affirms that the provided translation was produced in according to our ISO 9001:2015 and ISO 17100:2015 certified quality management system, and also that the agents responsible for said translation(s) are qualified to translate and review documents for the above language pair, and are not a relation to any of the parties named in the source document(s).

_____
Jacqueline Yorke, Project Manager

Sworn to before me this
Friday, July 11, 2025

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

David H. Bernstein (dhbernstein@debevoise.com)
Jyotin Hamid (jhamid@debevoise.com)
Shannon Selden (srselden@debevoise.com)
Megan K. Bannigan (mkbannigan@debevoise.com)
Timothy Cuffman (tcuffman@debevoise.com)
Jacob Hochberger (jhochberger@debevoise.com)
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL SRL, MARK ANTHONY BRANDS INTERNATIONAL UNLIMITED COMPANY, and MAS+ NEXT GENERATION BEVERAGE CO., <br><br>                   Plaintiffs / Counterclaim Defendants <br><br>    v. <br><br> PRIME HYDRATION, LLC, <br><br>            Defendant / Counterclaim Plaintiff. | Case No. 24-cv-07620 |
| PRIME HYDRATION, LLC, <br><br>            Crossclaim Plaintiff, <br><br>    v. <br><br> LIONEL MESSI, <br><br>            Crossclaim Defendant. | |

## DECLARATION OF LIONEL MESSI

I, Lionel Andrés Messi Cuccittini, declare as follows:

1.     I am a professional soccer player for the Inter Miami CF Major League Soccer

team ("Inter Miami") and a member of the Argentina Football Association national team.

2.      I make this declaration on personal knowledge in support of the pre-motion letter seeking a protective order precluding my deposition.

## Athletic Background

3.      I was born in Rosario, Argentina and have played soccer since I was a young child.  I started playing soccer for Newell's Old Boys when I was seven years old.  I moved to Barcelona to join Futbol Club Barcelona ("FC Barcelona") in 2001, and I played for FC Barcelona's youth and senior teams in Spain's La Liga until 2021.  In 2021, I joined Paris Saint-Germain, who play in Ligue 1 in France, with whom I played until 2023.  In 2023, I joined Inter Miami, with whom I currently play.  I also currently play for the Argentine national team, as I have since 2005.

4.      Over my career, I have won the Ballon d'Or—the annual prize awarded to the best soccer player in the world—eight times.  This is three more than the next-most-awarded player in history.

5.      I have led my club teams and the Argentine national team to success at the highest levels, including ten La Liga (the Spanish top-flight league) titles, seven Copa del Rey (the Spanish national club tournament) titles, four UEFA Champions League (the European continent club tournament) titles, two Copa América (the South American national team tournament) titles, including the most recent one in July 2024, and a World Cup title in 2022.

## My Business Activities in General

6.      Off the field, the companies that manage my image have entered into sponsorship and endorsement deals with many companies across a variety of industries, including with Adidas, PepsiCo, Bitget, Mastercard, Hard Rock International, Apple TV, Stanley, and Royal

2

Caribbean, among others.  I currently have several active sponsorship and endorsement deals

with these companies.

7.      The companies that manage my image are authorized by me to commit to each of

these brand partnerships and contribute to them through various actions.  However, my

significant commitments on the soccer field for Inter Miami and the Argentina national team—

including training, rehabilitation, travel, matches, and team events—make it impossible for me to

personally manage my off-the-field business pursuits.  Accordingly, my business affairs are

managed by my advisors, agents, and lawyers, not by me personally.  This management team,

among other things, manages my communications with business partners and sponsors, holds

meetings with these partners and sponsors, and makes decisions concerning all these business

affairs.  I am a professional soccer player, whereas this team, some employees of the companies

that manage my image, and other independent experts are responsible for the management of

business relationships, commercial opportunities, hiring, and marketing.  I fully trust their

judgment.

8.      Pablo Negre Abelló ("Mr. Negre") is one of the most important members of the

management team.  Mr. Negre serves as my commercial and marketing manager, and is

responsible for coordinating and managing the relationships with most of the commercial

partners associated with my image.  He serves as the point of connection between me, my

business entities (including LMGM SLU and Bolvir LLC), my other advisors, my commercial

partners, and any other people who seek to work with me or use my name, image, or likeness.

Among other activities, Mr. Negre manages the day-to-day management of sponsorship

agreements and other business dealings related to my image, coordinates my agenda concerning

3

appearances and other business-related events, and ensures that these business relationships

operate as expected.

9.      Another key member of the team is Montserrat Trapé ("Ms. Trapé"), attorney and

advisor, who manages contractual and tax aspects of my business affairs, including

recommendations on opportunities, coordinating negotiations of sponsorship agreements,

monitoring fulfillment of such agreements, and dealing with any issues that arise in my business

relationships

## My Involvement with MÁS+ BY MESSI

10.     Through my decades as a soccer player, I learned the importance of hydration to

my athletic performance, but I struggled to find a sports drink that had the right combination of

hydrating elements and taste.

11.     In fall 2023, several people associated with Mark Anthony (including Scott

Walton) gave a presentation to me and my management team (including Mr. Negre) about Mark

Anthony's history, products, capabilities, and vision for a potential hydration beverage.  I loved

the presentation, and I was attracted to the idea of being part of a beverage brand that was better

for you, tasted good, and had high-quality ingredients that would suit needs both on and off the

field and that everyone could enjoy, no matter their athletic talent.  In that meeting, Mark

Anthony did not present ideas for the name or appearance of the product.

12.     We primarily had to choose between two potential business partners.  The

management team of the companies that manage my image and I also met with another company

so that we could compare their presentations, and Mark Anthony's presentation seemed for all of

us to be the best option.

4

13.     In late 2023, I traveled to Mark Anthony's production facility along with, among others, Mr. Negre, to taste the flavors Mark Anthony had developed for the product, see the brand concept, and view a presentation about the proposed product.  That was the first time I had seen the proposed packaging design for MÁS+ BY MESSI.  When I saw my name on the product packaging for the first time, it felt very special.  I indicated that I liked Mark Anthony's proposal.

14.     Therefore, we decided together with the team to reach a deal with Mark Anthony because we preferred Mark Anthony's proposal over the other we were presented.  We trusted Mark Anthony to make a hydration beverage that was better than others already on the market, that tasted great and had high-quality ingredients, and that could successfully take the brand global.  Various members of the management team—specially Ms. Trapé—began negotiating the terms of an agreement with Mark Anthony regarding MÁS+ BY MESSI in early 2024.  I rely on my advisors, including Mr. Negre and Ms. Trapé, to negotiate and manage my deals, so it is them that are aware of all the specific terms of the deal.

15.     I understand that the management team was in discussions with Mark Anthony concerning the MÁS+ BY MESSI business throughout spring 2024.  Because all of them manage and know my business goals, it is they who give feedback concerning the use of my name, image, and likeness to Mark Anthony.  From what I have been told, Mr. Negre and, sometimes, Mrs. Trapé have attended these meetings.

16.     In late spring 2024, a photoshoot was organized, and I recorded an interview about the MÁS+ BY MESSI product.  Mr. Negre was present at this photoshoot and interview.

17.     Mr. Negre was present at all meetings I have had regarding the MÁS+ BY MESSI product, in addition to the photoshoot for the product.  I understand that any other business

meetings with Mark Anthony about the product are attended by someone on the team, such as Mr. Negre and Ms. Trapé.

18.     Communications regarding decisions about the MÁS+ BY MESSI product are managed by members of the management team, including Mr. Negre and Ms. Trapé.

19.     I understand that Mark Anthony designed the packaging for MÁS+ BY MESSI prior to our meeting toward the end of 2023 and continued to perfect the design during spring 2024, with input from my team exclusively concerning the use of my name, image, and likeness. I was not involved in the creation or design of the aesthetic appearance of the bottle or the label, and I have no knowledge as to the specifics of that design process.

20.     The focus of the management team in terms of review and approval is on the use of my name, image, and likeness on the product and in marketing and advertising materials, not on the overall aesthetic design of the MÁS+ BY MESSI product.  I understand that the team, including Mr. Negre, handles such approvals of uses displaying my name, image, or likeness.

21.     I am not familiar with Prime Hydration or PRIME hydration drinks, and I did not know the appearance of the packaging for PRIME hydration drinks until I learned about Prime Hydration's objections to the appearance of the MÁS+ BY MESSI product.  I was surprised to be named as a party in this case because neither I nor the team designed or contributed in any way to designing the visual appearance of MÁS+ BY MESSI products and because I had no knowledge of the facts underlying Prime Hydration's allegations.

22.     I expect that the knowledge I have regarding the MÁS+ BY MESSI product is also known to Mr. Negre and/or Ms. Trapé because I understand that they directly communicate with Mark Anthony, and I have not attended any business meetings about the MÁS+ BY MESSI business where Mr. Negre was not also in attendance.

6

**Participating in a Deposition Would Significantly Burden Me**

23.     I understand that Prime Hydration seeks to take my deposition on July 28, 2025. A deposition would be a significant burden on me for several reasons.

24.     I have numerous professional obligations that prevent me from devoting time to preparing for or sitting for a deposition.  I am currently in the middle of the MLS regular season and have Inter Miami games scheduled on the following dates:

      a.  July 12, 2025

      b.  July 16, 2025

      c.  July 19, 2025

      d.  July 26, 2025

      e.  July 30, 2025

      f.  August 2, 2025

      g.  August 6, 2025

      h.  August 10, 2025

      i.  August 16, 2025

      j.  August 23, 2025

      k.  August 30, 2025

      l.  September 13, 2025

      m.  September 16, 2025

      n.  September 20, 2025

      o.  September 24, 2025

      p.  September 27, 2025

      q.  October 4, 2025

r.  October 18, 2025

25.  If Inter Miami qualifies for the MLS Cup Playoffs, I will have matches through December 2025.

26.  On days that Inter Miami does not have a game scheduled, I participate in training, rehabilitation and workouts, and team events.  I am required to be in attendance at each of these and am not permitted to leave the team for any extended period until the season is over.  On the date Prime scheduled my deposition and on the surrounding dates, July 27–29, 2025, I have obligations to Inter Miami.  Sitting for a deposition on July 28, 2025 would harm me and my team because it would mean that I would miss valuable practice, rehabilitation sessions, and other team activities.

27.  I also have World Cup Qualifying matches abroad with the Argentina national team scheduled for September 9 and September 14, 2025.  When a national team like Argentina has matches, players typically travel from their club teams to join their national team for training camp well in advance of the matches.  In light of this, I plan to leave Inter Miami following our August 30 match and travel to join my Argentina teammates until September 14, after which I plan to return to Inter Miami before our September 16, 2025 match.

28.  Due to my busy soccer schedule, commercial partners requiring my attendance at marketing or promotional events have already booked out my schedule through the end of the MLS season in December.

29.  I am a native Spanish speaker.  I was raised in Argentina and Spain, and even when playing in France and now in the United States, I speak Spanish.  During a deposition, I would speak through a translator both for the deposition itself and to prepare for the deposition with my lawyers.

8

9

30.     The time it would take to sit for the deposition and prepare for the deposition would significantly hamper by ability to meet my professional obligations to my teams and partners.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 11, 2025 in Fort Lauderdale, Florida.


_____*[See Original]*_____
Lionel Messi