UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK ANTHONY INTERNATIONAL SRL, MARK ANTHONY BRANDS INTERNATIONAL UNLIMITED COMPANY, and MAS+ NEXT GENERATION BEVERAGE CO.,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PRIME HYDRATION, LLC,<br><br>Defendant/Counterclaim Plaintiff.<br><br>PRIME HYDRATION, LLC,<br><br>Crossclaim Plaintiff,<br><br>v.<br><br>LIONEL MESSI, LMGM SLU and BOLVIR LLC<br><br>Crossclaim Defendants. | No. 24-CV-07620 (PAE) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL,
AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterclaim Defendants Mark Anthony International SRL, Mark Anthony Brands International Unlimited Company, and Mas+ Next Generation Beverage Co. and Crossclaim Defendants Lionel Messi, LMGM SLU, and Bolvir LLC, on the one hand, and Defendant/Counterclaim and Crossclaim Plaintiff Prime Hydration, LLC, on the other hand, that all claims, counterclaims, and crossclaims

in the above-captioned action are voluntarily dismissed with prejudice, with each side bearing its own costs and fees.

**SO STIPULATED.**

Dated: New York, New York
January 6, 2026

By: _____
**GREENBERG TRAURIG, LLP**

Justin A. MacLean
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: Justin.MacLean@gtlaw.com

Herbert H. Finn (admitted *pro hac vice*)
Barry R. Horwitz (admitted *pro hac vice*)
Katherine M. Cronin (admitted *pro hac vice*)
360 North Green Street, Suite 1300
Chicago, IL 60607
Telephone: 312-456-8400
Email: FinnH@gtlaw.com
Barry.Horwitz@gtlaw.com
CroninK@gtlaw.com

*Attorneys for Defendant/Counterclaim- and Crossclaim Plaintiff Prime Hydration, LLC*

By: _David H. Bernstein_
**DEBEVOISE & PLIMPTON LLP**

David H. Bernstein
Megan K. Bannigan
Timothy Cuffman
Anna Rennich
Jacob Hochberger
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000
dhbernstein@debevoise.com
mkbannigan@debevoise.com
tcuffman@debevoise.com
amrennich@debevoise.com
jhochberger@debevoise.com

*Attorneys for Plaintiffs-Counterclaim Defendants Mark Anthony International SRL, Mark Anthony Brands International Unlimited Company, and Mas+ Next Generation Beverage Co. and for Crossclaim Defendants Lionel Messi, LMGM SLU, and Bolvir LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
PAUL A. ENGELMAYER
U.S. District Court Judge